No. 44, Misc.   MAYES ET AL. *v.* McKEITHEN ET AL.
Sup. Ct. La.   Motion of Louisiana Trial Lawyers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.   *J. Minos Simon* for petitioners.

No. 230, Misc.   NEWMAN *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *William J. Garber* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 247, Misc.   HAMILTON *v.* ALABAMA.   Sup. Ct. Ala. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Anthony G. Amsterdam, Michael Meltsner, Peter Hall,* and *Orzell Billingsley, Jr.,* for petitioner.   *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 314, Misc.   MIRANDA *v.* ARIZONA.   Sup. Ct. Ariz. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *John P. Frank* and *John J. Flynn* for petitioner.   *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 316, Misc.   CARUSO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.